UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,   __
       Government  X

v.                            Case No.  8:11-CR-486-T-24MAP

ALMA LUCRECIA HERNANDEZ-PRECIADO     __   Evidentiary
                                          X   Trial
                                        ___   Other

       Defendant   __

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | Photo - 5/18/11 Panga |
| 2 | | | | Photo - 5/18/11 Panga |
| 3 | | | | Photo - 5/18/11 Panga |
| 4 | | | | Photo - 5/18/11 bales |
| 5 | | | | Photo - 5/18/11 kilos |
| 6 | | | | Photo - 5/18/11 Lara Zacarias |
| 7 | | | | Photo - 5/18/11 Mijangos |
| 8 | | | | Photo - 5/18/11 Perdomo Rivera |
| 9 | | | | Photo - 5/18/11 Mero Cedeno |
| 10 | | | | Photo - 5/18/11 Camera De Leon |
| 11 | | | | Reserved |
| 12A/B | | | | Photos - Cocaine DEA Crime Lab |
| 13A/B | | | | Photos - 6/9/11 Alma Hernandez Preciado |
| 14A | | | | Tape - 8/17/11 Lara Zacarias and Hernandez Preciado |
| 14B | | | | 14A Transcript (English) |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 15A | | | | Tape - 10/3/11 Mijangos and Hernandez Preciado |
| 15B | | | | 15A Transcript (English) |
| | | | | |
| | | | | |
| 100A | | | | Tape - 5/20/11 11:02 (Military time) |
| 100B | | | | Transcript (English) |
| 101A | | | | Tape - 5/21/11 8:42 |
| 101B | | | | Transcript (English) |
| 102A | | | | Tape  - 5/21/11 15:13 |
| 102B | | | | Transcript (English) |
| 103A | | | | Tape - 5/22/11 8:13 |
| 103B | | | | Transcript (English) |
| 104A | | | | Tape - 5/22/11 10:01 |
| 104B | | | | Transcript (English) |
| 105A | | | | Tape - 5/22/11 14:16 |
| 105B | | | | Transcript (English) |
| 106A | | | | Tape - 5/22/11 17:58 |
| 106B | | | | Transcript (English) |
| 107A | | | | Tape - 5/22/11 21:09 |
| 107B | | | | Transcript (English) |
| 108A | | | | Tape - 5/23/11 8:04 |
| 108B | | | | Transcript (English) |
| 109A | | | | Tape - 5/22/11 8:11 |
| 109B | | | | Transcript (English) |
| 110A | | | | Tape - 5/23/11 11:11 |
| 110B | | | | Transcript (English) |
| 111A | | | | Tape - 5/23/11 16:07 |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 111B | | | | Transcript (English) |
| 112A | | | | Tape - 5/23/11 19:28 |
| 112B | | | | Transcript (English) |
| 113A | | | | Tape - 5/24/11 9:37 |
| 113B | | | | Transcript (English) |
| 114A | | | | Tape - 5/24/11 10:00 |
| 114B | | | | Transcript (English) |
| 115A | | | | Tape - 5/24/11 10:14 |
| 115B | | | | Transcript (English) |
| 116A | | | | Tape - 5/24/11 10:44 |
| 116B | | | | Transcript (English) |
| 117A | | | | Tape - 5/24/11 10:57 |
| 117B | | | | Transcript (English) |
| 118A | | | | Tape - 5/24/11 16:51 |
| 118B | | | | Transcript (English) |
| 119A | | | | Tape - 5/24/11 17:59 |
| 119B | | | | Transcript (English) |
| 120A | | | | Tape - 5/25/11 8:54 |
| 120B | | | | Transcript (English) |
| 121A | | | | Tape - 5/25/11 10:24 |
| 121B | | | | Transcript (English) |
| 122A | | | | Tape - 5/25/11 19:35 |
| 122B | | | | Transcript (English) |
| 123A | | | | Tape - 5/26/11 8:34 |
| 123B | | | | Transcript (English) |
| 124A | | | | Tape - 5/26/11 19:02 |
| 124B | | | | Transcript (English) |
| 125A | | | | Tape - 5/27/11 9:27 |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 125B | | | | Transcript (English) |
| 126A | | | | Tape - 5/27/11 9:49 |
| 126B | | | | Transcript (English) |
| 127A | | | | Tape - 5/27/11 10:19 |
| 127B | | | | Transcript (English) |
| 128A | | | | Tape - 5/27/11 10:35 |
| 128B | | | | Transcript (English) |
| 129A | | | | Reserved |
| 129B | | | | Reserved |
| 130A | | | | Tape - 6/6/11 11:19 |
| 130B | | | | Transcript (English) |
| 131A | | | | Tape - 6/7/11 18:02 |
| 131B | | | | Transcript (English) |
| 132A | | | | Tape - 6/7/11 18:39 |
| 132B | | | | Transcript (English) |
| 133A | | | | Tape - 6/7/11 19:38 |
| 133B | | | | Transcript (English) |
| 134A | | | | Reserved |
| 134B | | | | Reserved |
| 135A | | | | Tape - 6/8/11 6:02 |
| 135B | | | | Transcript (English) |
| 136A | | | | Tape - 6/8/11 9:26 |
| 136B | | | | Transcript (English) |
| 137A | | | | Tape - 6/8/11 17:11 |
| 137B | | | | Transcript (English) |
| 138A | | | | Tape - 6/8/11 20:51 |
| 138B | | | | Transcript (English) |
| 139A | | | | Tape - 6/9/11 8:33 |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 139B | | | | Transcript (English) |
| 140A | | | | Tape - 6/9/11 8:39 |
| 140B | | | | Transcript (English) |
| 141A | | | | Tape - 6/10/11 10:29 |
| 141B | | | | Transcript (English) |
| 142A | | | | Tape - 6/12/11 2:45 |
| 142B | | | | Transcript (English) |
| 143A | | | | Tape - 6/12/11 5:37 |
| 143B | | | | Transcript (English) |
| 144A | | | | Tape - 6/17/11 10:00 |
| 144B | | | | Transcript (English) |
| 145A | | | | Tape - 6/17/11 14:39 |
| 145B | | | | Transcript (English) |
| 146A | | | | Tape - 6/17/11 15:10 |
| 146B | | | | Transcript (English) |
| 147A | | | | Tape - 6/18/11 8:32 |
| 147B | | | | Transcript (English) |
| 148A | | | | Tape - 6/21/11 7:34 |
| 148B | | | | Transcript (English) |
| 149A | | | | Tape - 6/21/11 10:54 |
| 149B | | | | Transcript (English) |
| 150A | | | | Tape - 6/21/11 11:42 |
| 150B | | | | Transcript (English) |
| 151A | | | | Tape - 6/26/11 17:51 |
| 151B | | | | Transcript (English) |
| 152A | | | | Tape - 6/27/11 8:06 |
| 152B | | | | Transcript (English) |
| 153A | | | | Tape - 6/27/11 10:02 |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 153B | | | | Transcript (English) |
| 154A | | | | Tape - 6/27/11 10:03 |
| 154B | | | | Transcript (English) |
| 155A | | | | Tape - 6/27/11 10:05 |
| 155B | | | | Transcript (English) |
| 156A | | | | Tape - 6/28/11 12:27 |
| 156B | | | | Transcript (English) |
| | | | | |
| | | | | |
| 201 | | | | Email: 5/15/11 21:24 empresa318 to tia22 |
| 201A | | | | English translation - Exh. 201 |
| 202 | | | | Email: 5/18/11 13:35 empresa318 to tia22 |
| 202A | | | | English translation/Photo - Exh 202 |
| 203 | | | | Email: 5/20/11 15:58 lexi2009.-6 to tia22 |
| 203A | | | | English translation- Exh 203 |
| 204 | | | | Email: 1/29/11 18:34 rmontana13 to tia22 |
| 204A | | | | English translation - Exh 204 |
| 205 | | | | Email: 9/21/10 12:00 aca03 to tia22 |
| 205A | | | | English translation - Exh 205 |
| 206 | | | | Email: 9/28/10 18:40 tia22 to aca13 |
| 206A | | | | English translation - Exh 206 |
| 207 | | | | Email: 9/28/10 18:43 tia22 to rmontana13 |
| 207A | | | | English translation - Exh 207 |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 208 | | | | Email: 4/30/10  21:05 tia22 to rmontana13 |
| 208A | | | | English translation - Exh 208 |
| 209 | | | | Email: 5/1/10  20:54 empresa318 to tia22 |
| 209A | | | | English translation - Exh 209 |
| 210 | | | | Email: 5/13/10 10:59 tia22 to abe117 |
| 210A | | | | English translation - Exh 210 |
| 211 | | | | Email: 5/20/10 8:02 tia22 to rmontaqna13 |
| 211A | | | | English translation - Exh 211 |
| 212 | | | | Email: 11/30/09 19:22 tia22 to leopardo123411 |
| 212A | | | | English translation - Exh 212 |
| 213 | | | | Email: 12/1/09  15:06 tia22 to iesmms |
| 213A | | | | English translation - Exh 213 |
| 214 | | | | Email: 12/2/09  16:41 tia22 to iesmms |
| 214A | | | | English translation - Exh 214 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |