TAL 1330.16
June 30, 2009
Attachment A, Page 1

## INFORMAL RESOLUTION PROCESS

Inmate's Name and Number: Alma Hernandez-Preciado # 58104-018

Date Informal Resolution Process Started: 2/17/16

Date Informal Resolution Process Concluded: _____

### INFORMAL RESOLUTION PROCESS

To begin the informal resolution process, briefly state the specific complaint and your recommended resolution in Section 1. Return the form to your Correctional Counselor within two (2) working days. You and your Correctional Counselor are required to make a genuine effort at informally resolving the issue. Your Unit Manager will review the efforts at informal resolution as well. If all efforts at informal resolution fail, you will be issued a BP-9 form in which you may proceed in accordance with our policies and outlined in the institution supplement.

The informal resolution process is not in any manner, intended to prohibit you from pursuing complaints through this program. It is intended to ensure that all parties attempt to informally resolve an issue prior to initiating the formal process of filing an Administrative Remedy.

SECTION 1

**Briefly state your specific complaint and recommended solution:** (Please Print)
Since April 2015 I have been requesting my court transcripts and evidence sent to me for research to do my §2255 Motion to Vacate, due no later than April 2016. I initially was told by Mr Hughes that I would have no space in which to store them and to get a legal locker. Ms Cronin was very accomodating and provided one as soon as possible. When I returned to Mr Hughes, he had no recollection that he was going to contact my attorney, giving him the go ahead. He then refered passing the case to Ms Gaines. On Feb 5, 2016 she refered she could only accept my legal documents on paper and nothing electronically. I verified this information with Mr Grimes who confirmed it is his responsability to keep and provide me with any electronic documents I would need to review. According to the constitutional rights of Prisoners, and Program Statement of the BOP, I have the right to have in my possession ALL my legal papers and anything else that would assist me in the appeal of my case. Until now I have met multiple conditions and nonsense that are interfering with this process. It is deliberate obstruction of my legal rights. I need to have these documents available to me without excuses as soon as possible, as soon as sent, in any way shape or form my attorneysends them. The court has been put on Notice of this problem. Also this is discrinatory since other inmates have been allowed all their materials including CDs.

EXHIBIT A

# VICTOR D. MARTINEZ, P. A.

## TRIAL ATTORNEY

VICTOR D. MARTINEZ
VICTOR J. MARTINEZ, MD/JD
(2007-2013)

423 SOUTH HYDE PARK AVENUE
TAMPA, FLORIDA 33606
TELEPHONE: (813) 289-0600
FACSIMILE: (813) 251-0505
vmartinez@tampabay.rr.com
victormartinezlaw.com

January 20, 2016

**ATTORNEY/CLIENT MAIL**
Alma Hernandez-Preciado
Inmate # **58104-018**
FCI Tallahassee
Federal Correctional Institution
501 Capital Circle NE
Tallahassee, FL 32301

Re: United States of America v. Alma Hernandez-Preciado
Case No.: 8:11-cr-486

Dear Alma:

We have received your letter requesting a copy of your entire file.

We are checking with the Bureau of Prisons to confirm that you are able to receive and maintain your file. We are also inquiring as to how to send you the file and how much paperwork you can receive in one package.

Assuming we are permitted to send you your file, please execute the attached Acknowledgement indicating that the file is being turned over to you and you understand that you will possess and maintain the **only** copy of your file.

Sincerely,

Victor D. Martinez

Enclosures
VDM/lw

EXHIBIT B

# VICTOR D. MARTINEZ, P. A.

**TRIAL ATTORNEY**

VICTOR D. MARTINEZ
VICTOR J. MARTINEZ, MD/JD
(2007-2013)

423 SOUTH HYDE PARK AVENUE
TAMPA, FLORIDA 33606
TELEPHONE: (813) 289-0600
FACSIMILE: (813) 251-0505
vmartinez@tampabay.rr.com
victormartinezlaw.com

January 15, 2014

Alma Hernandez-Preciado
Inmate # 58104018
Citrus County Jail
2604 W Woodland Ridge Dr,
Lecanto, FL 34461

RE:   Documents to your case

Dear Ms. Herndandez-Preciado,

I am returning to you all of our *original* personal notes and your hand-written correspondence.

If a new attorney is appointed I will forward the file to him or her. With regards to copies of documents in your case (discovery and trial transcripts, etc.), I cannot send you copies of those documents. As your Court-appointed attorney, these are not expenses that can be passed onto the Government.

If you wish to have a family member pay a professional copy service directly I will certainly make the file available to the copy service.

Additionally, please check with your classification officer before assuming that you will be permitted to keep (in your cell) all of these documents. There are literally over 40,000 documents.

Finally, with regard to your personal list of telephone numbers, we have diligently searched the file and it cannot be located. Please check your personal records again. If you cannot find the numbers you can ask your family to fax or mail a list of names and phone numbers to me and I will forward them to you.

Sincerely,

Victor D. Martinez

EXHIBIT B

Victor D. Martinez
423 South Hyde Park Avenue
Tampa, Florida 33606

February 16, 2016

RE: US v Alma Hernandez-Preciado
    Case No: 8:11-cr-486

Dear Mr Martinez,

   Thank you for your concerns expressed in your letter dated January 20, 2016. After speaking to several officials in this institution, I was informed that it is their duty and responsability to make all my legal files accessibleto me, including any CDs.

   Please sendme a copy of any and all transcripts of every and all hearings with the corresponding supporting documents and evidence. It needs to be labeled "Legal Mail, to be opened in front of inmate", clearly.My counselor,Ms. Gainer should receive it and if it includes any CDs, she will take them and walk them herself to Mr Grimes. He is the officer responsible for their safekeeping and any other electronic document, as well as making them available to me.

   I also received the "ACKNOWLEDGEMENT OF FILE"document, but it would be irresponsible of me to sign acknowledging receipt of documents NOT yet in my possession. If you would please re-send them with the requested documents, I will gladly sign this acknowledgement.

   As you might already be aware, this has not been my first time requesting these legal papers concerning my case and I sincerely believe this is a way of interfering with my right to file a Motion to vacate or a 2255.

   I appreciate your expidited responce to this matter.

Sincerely,

Alma Hernandez-Preciado
58104-018
Federal Correctional Institution
501 Capital Circle, NE
Tallahassee, Florida 32301

cc: Florida Bar Association

EXHIBIT B

Victor D. Martinez
423 South Hyde Park Avenue
Tampa, Florida 33606

February 16, 2016

RE: US v Alma Hernandez-Preciado
    Case No: 8:11-cr-486

Dear Mr Martinez,

   Thank you for your concerns expressed in your letter dated January 20, 2016. After speaking to several officials in this institution, I was informed that it is their duty and responsability to make all my legal files accessibleto me, including any CDs.

   Please sendme a copy of any and all transcripts of every and all hearings with the corresponding supporting documents and evidence. It needs to be labeled "Legal Mail, to be opened in front of inmate", clearly.My counselor,Ms. Gainer should receive it and if it includes any CDs, she will take them and walk them herself to Mr Grimes. He is the officer responsible for their safekeeping and any other electronic document, as well as making them available to me.

   I also received the "ACKNOWLEDGEMENT OF FILE"document, but it would be irresponsible of me to sign acknowledging receipt of documents NOT yet in my possession. If you would please re-send them with the requested documents, I will gladly sign this acknowledgement.

   As you might already be aware, this has not been my first time requesting these legal papers concerning my case and I since- rely believe this is a way of interfering with my right to file a Motion to vacate or a 2255.

   I appreciate your expidited responce to this matter.

Sincerely,

Alma Hernandez-Preciado
58104-018
Federal Correctional Institution
501 Capital Circle, NE
Tallahassee, Florida 32301

cc: Florida Bar Association

EXHIBIT B